UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-cr-29 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| SOLOMON EGHOSA WILFRED, | |
| Defendant. | |

Solomon Wilfred has moved the Court for a substantial extension of his deadline for voluntary surrender. (ECF 64) He seeks additional time so that he can pursue medical treatment for a condition that is addressed in the sealed documents submitted with the Motion. (ECF 65) The Court granted a one-week extension of Mr. Wilfred's voluntary surrender date to enable the Court to consider Mr. Wilfred's request and to get a response from the government. (ECF 68) The government, noting that even prior to this request, Mr. Wilfred's surrender date had already been previously continued, opposed any further extension. (ECF 70)

The Court declines to further extend Mr. Wilfred's voluntary surrender date, and **Orders him to surrender for service of his sentence on January 30, 2024**. The Court finds that Mr. Wilfred has not established that his need for medical care merits an additional postponement. The issue for which he is seeking treatment is not emergent, and there is no suggestion that it is either so complex or so acute that the Bureau of Prisons cannot address it while he is in custody.

2

Date: January 26, 2024    *s/Katherine Menendez*
                                                  Katherine Menendez
                                                  United States District Judge