UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 23-cr-29 (KMM/DTS) |
| Plaintiff | |
| v. | **ORDER** |
| Solomon Eghosa Wilfred, | |
| Defendant. | |

The government's Motion for an Order Confirming Waiver of Attorney-Client Privilege (Doc. 84) is **GRANTED**. By filing his motion pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, the Defendant Solomon Eghosa Wilfred has waived the attorney-client privilege with regard to the specific topics placed at issue by his § 2255 motion.

**IT IS HEREBY ORDERED** that Mr. Wilfred's former defense counsel, Ian S. Birrell, is granted leave to discuss issues related to Wilfred's motion with attorneys for the United States, provide documents to the United States, prepare and file a responsive affidavit and, if need be, testify at any hearing ordered on this matter.

**IT IS FURTHER ORDERED** that the deadline for the government to respond to Mr. Wilfred's motion under 28 U.S.C. § 2255 is extended. The government shall file an answer or motion in response to Mr. Wilfred's § 2255 motion **on or before February 14, 2025**. Mr. Wilfred shall file a reply to the government's answer or other response to his § 2255 motion **on or before March 17, 2025**.

2

Date: January 15, 2025                          *s/Katherine Menendez*
                                                Katherine Menendez
                                                United States District Judge